Minutes of the United States District Court
Southern District of California
March 13, 2008

**HON. WILLIAM McCURINE JR.**          **DEPUTY CLERK: R. BRESSI**

TAPE NO. WMC08-1:9:58-10:10 AND 14:17-14:28

08MJ0515        USA        vs.        JOSE ENRIQUE RODRIGUEZ- 07305298 (C)

REMOVAL/ID HRG                         FEDERAL DEFENDERS BY GREG MURPHY

                                       AUSA: CARLOS CANTU

DEFENDANT ADMITS IDENTITY AND WAIVES ID/REMOVAL HRG
WAIVER OF HRG FILED

DFT'S ORAL MOTION FOR BOND - GRANTED
COURT SETS BOND AT $25,000 PS SECURED BY SIGNATURES
OF 2 FINANCIAL RESPONSIBLE RELATED ADULTS

COURT ORDERS DEFENDANT TO APPEAR IN THE CENTRAL DISTRICT
OF CALIFORNIA BEFORE THE DUTY MAGISTRATE AT 1:30 P.M.
ORDER OF REMOVAL FILED

SURETY: JONATHAN BECERRA-RODRIGUEZ CALLED, SWORN AND EXAMINED;
COURT APPROVES SURETY

DFT RELEASED FROM CUSTODY; BOND PACKAGE HAS BEEN SUBMITTED TO
THE GOVT; REMAINING SURETY EXAMINATION TO BE SET BY DEFENSE
COUNSEL BEFORE MAGISTRATE JUDGE McCURINE, JR.

ID   +   BOND
12        11