**FILED**

MAR 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOSE ENRIQUE RODRIGUEZ JR.,<br><br>   Defendant. | Magistrate Case No. **08MJ0515**<br><br>**ORDER OF REMOVAL**<br>**(Defendant Not in Custody)** |

An indictment having been filed in the Central District of California, charging defendant **JOSE ENRIQUE RODRIGUEZ JR.** with conspiracy to bring and transport illegal aliens for private financial gain, in violation of Title 18, United States Code, Section 371. Defendant **JOSE ENRIQUE RODRIGUEZ JR.** was arrested on February 21, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **JOSE ENRIQUE RODRIGUEZ JR.** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **JOSE ENRIQUE RODRIGUEZ JR.**, appear at the Roybal Federal Building, Criminal Intake, 1st Floor, 255 East Temple Street, Los Angeles, California 90012 at 11:00 a.m., then follow to Pretrial Services, 11th Floor, Room 1178 for an interview, then United States Duty Magistrate Judge, Courtroom 341, 3rd Floor, at 1:30, on Thursday, March 27, 2008 for further proceedings.

Dated: 3/12/08

HONORABLE WILLIAM McCURINE JR.
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02