RECEIVED **UNITED STATES DISTRICT COURT** PLEASE RECEIPT AND RETURN

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

2008 APR -1 PM 1:05

CENTRAL DISTRICT COURT
W. Samuel Hamrick, DIST. OF CALIF.
Clerk of Court

FILED
APR 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

March 25, 2008

Clerk, U.S. District Court
Central District of California
G-8 United States Courthouse,
312 North Spring Street
Los Angeles, CA 90012-4701

   Re:   08mj515 WMc, USA v. Jose Enrique Rodriguez Jr.

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |   |   |   |
|---|---|---|---|
| x | Docket Sheet | ___ | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | x | Waiver of Removal |
| x | Personal Surety Bond |   |   |
| x | Other | Removal/ID Hearing Minutes; Order and Conditions of Pretrial Release |   |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/ J. Jocson_____
Jenelynn Jocson, Deputy Clerk